IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RAMON ORTIZ,                    )
                                )
         Petitioner,            )
                                )
    v.                          )     1:16CV1419
                                )     1:09CR239-2
UNITED STATES OF AMERICA,       )
                                )
         Respondent.            )

**JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 22, 2016, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action be filed and DISMISSED *sua sponte* without prejudice to the Petitioner promptly filing a corrected motion on the proper § 2555 forms.

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 18, 2017